IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| DARRYL PETTY, ) | |
| ) | Case No. 10-55599 |
| ) | |
| Debtor, ) | Hon. Jacqueline Cox |
| DAVID R. HERZOG, ) | |
| Trustee in Bankruptcy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Pro.. No. 11-01358 |
| ) | |
| DARRYL PETTY, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT ORDER

Pursuant to the Finding of Fact and Conclusions of Law made and entered this date, it is hereby ORDERED and ADJUDGED that:

1. On Count I of the Trustee's Adversary Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(2).

2. On Count II of the Trustee's Adversary Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4).

3. On Count III of the Trustee's Adversary Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(5).

ENTERED:

_Jacqueline P. Cox_

Date: 10-5-11

